UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRISTAN SIMONDS,                )
               Plaintiff     )
                                )
     v.                         )         Civil Action No.  14-30002-MAP
                                )
FOCUS RECEIVABLES             )
MANAGEMENT, LLC, et al.,       )
               Defendants    )

SETTLEMENT ORDER OF DISMISSAL
May 29, 2014

The court, having been advised on May 28, 2014 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety days if settlement is not consummated.

By the Court,

 /s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk